170 F.3d 190
 Robert Sterling, Jr., Herbert Hunter, Mary Wyman Stone
Fraser, William T. Martin, Peter Chapaut, Brent Bumpers
v.
Robert Stewart, Robert Fisher, Transit Sales and Service,
Inc.; Robert Sterling Jr., Herbert Hunter, Mary Wyman Stone
Fraser, Laura Lawton Stone Fraser v. Richard Stewart, Robert
Fisher, William T. Martin, Peter Chaput; Robert Sterling,
Jr. v. Wyman Stone Fraser, Laura Lawton Stone Fraser, Fraser
Family Trust, William T. Martin v. Richard Stewart, Robert
 NOS. 95-8944, 95-8946, 95-9001
 United States Court of Appeals,
Eleventh Circuit.
 January 19, 1999
 N.D.Ga., 158 F.3d 1199
 
 1
 DENIALS OF REHEARING EN BANC.